ACCEPTED
12-14-00199-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/23/2015 10:34:21 AM
CATHY LUSK
CLERK

**Cause No. 12-14-00199-CV**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE SIXTH** |
| | § | |
| | § | **COURT OF APPEALS** |
| | § | |
| **GREGORY P. HATZIS** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/23/2015 10:34:21 AM
CATHY S. LUSK
Clerk

## WORD COUNT CERTIFICATE

I certify that the brief filed on January 20, 2015, in this case contains 1493

words according to the computer program used to prepare the documents.

/s/ RYAN HILL
RYAN HILL
Attorney at Law
State Bar # 00785961
211 North Center Street
P.O. Box 3369
Longview, Texas 75606
Telephone: 903-753-3369
Facsimile: 903-758-3239
Ryanray1@aol.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this certificate was served on opposing
counsel by email on the 20th day of January, 2015.

/s/ RYAN HILL
**RYAN HILL**